UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MEHDI BELGADA, HORMOZ AKHUNDZADEH,
AND ADANIEL DZIEKAN, INDVIDUALLY AND
ON BEHALF OF ALL OTHER SIMILARLY
SITUATED INDIVIDUALS,

        Plaintiffs          Case No. 3:18-cv-177 (VAB)

    v.

HY'S LIVERY SERVICE, INC., ROBERT
LEVINE, MATTHEW LEVINE AND
SHELLY LEVINE,

        Defendants.

## JUDGMENT

This matter came on for consideration of Plaintiffs' Motion for Voluntary Dismissal Doc. #108 before the Honorable Victor A. Bolden, United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motion and having held a hearing on the motion on February 11, 2019, the Court granted Plaintiffs' Motion for Voluntary Dismissal on February 14, 2019 and dismissed with prejudice Plaintiffs' Fair Labor Standards Act claims.

It is therefore ORDERED, ADJUDGED and DECREED that judgment is entered in favor of all above-named defendants, as to the Fair Labor Standards Act claims.

Plaintiffs' remaining claims under the Connecticut Minimum Wage Act are DISMISSED for want of jurisdiction, without prejudice to refiling in another forum, and the case is closed.
.

Dated at Bridgeport, Connecticut, this 15th day of February, 2019.

        ROBIN D. TABORA, Clerk

        By: /s/ Susan Imbriani

EOD: 2/15/19         Susan Imbriani
        Deputy Clerk